**Opinion issued September 13, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00732-CR

———————————

## IN RE MATTHEW JAMES LEACHMAN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relator requests that this Court compel respondent to void a June 2008 order sealing all photographs in the file in the underlying case.[1]

---

[1] Relator was convicted of aggravated sexual assault of a child by a jury in *State v. Leachman*, No. 786224 in the 248th District Court of Harris County, Texas, the Honorable Joan Campbell presiding. The conviction was appealed. This Court affirmed the conviction, and the Court of Criminal Appeals and the United States Supreme Court both denied review. *See Leachman v. State*, No. 01-98-01255-CR,

We deny the petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).

2006 WL 2381441, at *13 (Tex. App.—Houston [1st Dist.] Aug. 17, 2006, pet. ref'd) (mem. op., not designated for publication), cert. denied, 128 S. Ct. 2995 (2008).